4334. CHARLESTON & WESTERN CAROLINA RAILWAY COMPANY
· *v.* THOMPSON.

RUSSELL, J. This case is controlled by the decision in *Charleston and Western Carolina Railway Co.* v. *Thompson*, this day rendered, ante, 528. Under the ruling in that case the jury were authorized to find that Lizzie Thompson was the wife of George Thompson, the plaintiff in the present case; and he, as husband, was entitled to recover damages for the loss of her services.　　　　　　　　　　*Judgment affirmed.*

DECIDED AUGUST 30, 1913. REHEARING DENIED SEPTEMBER 16, 1913.

Action for damages; from city court of Richmond county— Judge W. F. Eve. July 11, 1912.

*W. K. Miller,* for plaintiff in error.

*William H. Fleming,* contra.

NOTE: A writ of error from the Supreme Court of the United States was granted in this case.